W. Frank Clark, Respondent, v. The Ulster and Delaware Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.

Mary Donohoe, Respondent, v. David Hunter, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.

William H. Davis, Respondent, v. John Maxwell, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $1,200, in which case the judgment, as so reduced, and order affirmed, without costs.   No opinion.   All concurred, except Kellogg, J., who voted for reversal upon the ground that $1,200 even is excessive and that erroneous rulings were made upon the trial to the defendant's prejudice.

James P. Fahey, Appellant, v. Joseph Brown, Respondent.— Judgment affirmed, with costs.   No opinion.   All concurred.

Louisa Gordon and Joseph Gordon, as Administrators, etc., of Joseph Gordon, Jr., Deceased, Appellants, v. Eugene L. Ashley, Respondent.— Judgment affirmed, with costs.   No opinion.   All concurred, except Cochrane, J., dissenting.

Anna Halsey, Respondent, v. William Hollands and Elizabeth Thomas, as Administrators, etc., of John I. Winne, Deceased, Appellants.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, for the reasons stated on the former appeal in this action (101 App. Div. 612).   All concurred.

George M. Hallenbeck, Respondent, v. Judson E. Cleveland and Orliff Rundell, Defendants, Impleaded with Victoria Cleveland and Pierre S. Jennings, as Trustee of Judson E. Cleveland, a Bankrupt, Appellants.—Judgment unanimously affirmed, with costs.   No opinion.

Ida M. Holsapple, as Administratrix, etc., Plaintiff, v. American Hide and Leather Company, Defendant.— Motion denied.

Charles W. Ingalls, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.   No opinion.

Edward C. Inderlied, Appellant, v. Martin A. De Witt, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   All concurred.

Henry T. King, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.   No opinion.

Charlotte Lewis, as Administratrix, etc., of Charles H. Lewis, Deceased, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.

Pietro Moliterno, as Administrator, etc., of Gaetano Moliterno, Deceased, Appellant, v. Jehiel Vaughn, Respondent.— Judgment unanimously affirmed, with costs.   No opinion.

Richard H. McCarty, Respondent, v. Natural Carbonic Gas Company, Appellant.— Judgment modified by deducting therefrom eighteen dollars as of November 8, 1905, the date of entry thereof, and as so modified unanimously affirmed, with costs to the respondent.   No opinion.

National Fire Insurance Company of Hartford, Respondent, v. Michael D. Murray, Appellant.— Judgment unanimously affirmed, with costs.   No opinion.

Mary J. Nehill, Respondent, v. John H. Cronin, Appellant.— Judgment affirmed, with costs.   No opinion.   All concurred.

The People of the State of New York ex rel. The Troy Record Company, Relator, v. The Common Council of the City of Troy and Others, Respondents.— Determination of the common council annulled and the common council is required, within thirty days after the service of the order herein, to meet and designate official newspapers according to law, with fifty dollars costs and disbursements to be paid by the respondent, upon the opinion in *People ex rel. Troy Press Co.* v. *Common Council* (*ante,* p. 354), decided herewith.   All concurred.

William H. Plumb, Appellant, v. The Bigalow Fruit Company, Respondent.— — Order affirmed, with ten dollars costs and disbursements.   No opinion.   All concurred.

The People of the State of New York ex rel. Irving S. Smith, Respondent, v. The Board of Town Auditors of the Town of Horicon, Warren County, New York, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   All concurred.

The People of the State of New York ex rel. Ida F. Nichols, as Executrix, etc., of Seth H. Nichols, Deceased, Respondent, v. The Board of Town Auditors of the Town of Horicon, Warren County, New York, Appellant.— Order modified